INMATE NAME: JAMES CARTER
INMATE REG. NO: 01563-061
FEDERAL CORRECTIONAL INSTITUTION AT MANCHESTER
MANCHESTER, KENTUCKY 40962-4000

08 FEB 19 PM 1:07

TO: CLERK'S OFFICE OF THE U.S. DISTRICT COURT
POTTER STEWART U.S. COURTHOUSE 100 EAST FIFTH
STREET SUITE 324 CINCINATI, OH. 45202

RE: FILING OF PETITION FOR THE
REDUCTION OF SENTENCING IN PURSUANT
TO 18 U.S.C. 3582(c)(2), TO BE THUS
FILED AND HELD IN ABEYANCE UNTIL
EFFECTIVE DATE, MARCH 08'

DEAR CLERK,

I AM FILING THIS LETTER WITH YOU IN REFERENCE TO THE PETITION FOR THE REDUCTION OF SENTENCING IN PURSUANT TO 18 U.S.C. 3582(c)(2), TO BE FILED AND HELD IN ABEYANCE FOR A RENDERING DECISION UNTIL THE EFFECTIVE DATE OF MARCH 08' FOR THE APPLICATION OF EXPRESSED RETROACTIVITY AS TO U.S.S.G. 2D1.1(c).

I AM FURTHER REQUESTING THAT I RECEIVE CONFIRMATION FROM YOUR OFFICE THAT SAID PETITION HAS BEEN FILED.

I THANK YOU VERY MUCH FOR YOUR TIME AND EFFORTS AS TO THIS MATTER AND ALL THAT YOU CAN AND WILL DO TO ASSIST ME IS GREATLY APPRECIATED.

RESPECTFULLY SUBMITTED,

*[signature: James Carter]*
PETITIONER PRO SE,

UNITED STATES DISTRICT COURT
OHIO SOUTHERN DISTRICT COURT
AT CINCINNATI

CRIMINAL CASEFILE NO: CR1-02-030-001

JAMES CARTER
   (PETITIONER)                                          PETITIONER

VS.    PETITION FOR THE REDUCTION OF SENTENCE IN
PURSUANT TO TILTE 18 SECTION 3582(c)(2)

*************

UNITED STATES OF AMERICA                              RESPONDENT

***********

    COMES NOW THE PETITIONER JAMES CARTER, PRO SE AND HEREBY MOVES THIS HONORABLE U.S. DISTRICT COURT IN PURSUANT TO THE ABOVE STYLED PETITION FOR THE REDUCTION OF SENTENCE IN PURSUANT TO 18 U.S.C. SECTION 3582(c)(2), AS TO THE EXPRESSED APPLICATION OF RETROACTIVITY THAT IS EFFECTIVE, MARCH 2008, TO BE APPLIED TO U.S.S.G. SECTION 2D1.1(c). IN ASSERTING THE APPROPRIATE GROUNDS FOR THIS PETITION, THE PETITIONER ASSERTS THAT HE IS RESPECTFULLY REQUESTING JUDICIAL REVIEW AS TO THE ASSERTED ISSUES OF FACT AS BEING OUTLINED AS TO SECTION 1B1.10 AND 2D1.1(c) OF THE U.S. SENTENCING GUIDELINES, UNDER THE CRITERIA AND MANDATES OF THE 2007 GUIDELINE AMENDMENTS.

    IN PRESENTING THIS PETITION BEFORE THIS HONORABLE U.S. DISTRICT COURT, U.S.S.G. 1B1.10 STATES IN PART (2) WHERE A DEFENDANT IS SERVING A TERM OF IMPRISONMENT, AND THE GUIDELINE RANGE APPLICABLE TO THE DEFENDANT HAS SUBSEQUENTLY BEEN LOWERED AS A RESULT OF AN AMENDMENT TO THE GUIDELINES MANUAL LISTED IN SUBSECTION (c), A REDUCTION IN THE DEFENDANTS TERM OF IMPRISONMENT IS AUTHORIZED UNDER 18 U.S.C. 3582(c)(2). AS IS BEING ASSERTED,

THE PETITIONER QUALIFIES FOR THE REDUCTION OF THE TWO-LEVEL DECREASE TO HIS BASE OFFENSE LEVEL UNDER THE CRITERIA AND MANDATE OF U.S.S.G. 1B1.10 AND 2D1.1(c).

AS IS BEING ASSERTED, IN DECEMBER OF 2007, THE U.S. SENTENCING COMMISSION AUTHORIZED THAT THE APPLICATION OF EXPRESSED RETROACTIVITY SHALL BE HELD TO APPLY TO U.S.S.G. 2D1.1(c), THAT IS EFFECTIVE, MARCH OF 2008. IN LIGHT OF THIS DECISION BY THE U.S. SENTENCING COMMISSION, THE PETITIONER ASSERTS THAT THIS PETITION FOR THE REDUCTION OF SENTENCE UNDER THE CRITERIA OF TITLE 18 OF THE UNITED STATE CODES, SECTION 3582(c)(2), IS THE PROPER LEGAL AND JUST REMEDY FOR THE RELIEF OF THE TWO-LEVEL DECREASE AS TO THE CURRENT TERM OF IMPRISONMENT THAT THE PETITIONER IS CURRENTLY SUBJECTED TO.

### JURISDICTION

THE U.S. DISTRICT COURT, OHIO SOUTHERN DISTRICT COURT CINCINNATI, IS THE COURT OF RECORD AS WELL AS THE PROPER COURT OF LEGAL AND COMPETENT JURISDICTION AS TO THIS PARTICULAR ACTION.

THIS HONORABLE U.S. DISTRICT COURT IS AUTHORIZED TO HEAR AND DETERMINE THIS CAUSE OF ACTION AS IS BEING COMPLAINED OF HERETO. THIS PARTICULAR ISSUE HAS GENERATED CONCERNING THE NOVEMBER, 2007 AMENDMENT GUIDELINES AS TO SECTION 2D1.1(c), AS BEING RETROACTIVE EFFECTIVE MARCH 2008.

### VENUE

THE PROPER VENUE FOR THIS CAUSE OF ACTION IS THE U.S. DISTRICT COURT OHIO SOUTHERN DISTRICT COURT CINCINNATI, AS THIS HONORABLE COURT IS WITHIN THE DISTRICT AS BEING THE COURT IN WHICH THE SENTENCE AND JUDGMENT THAT THE PETITIONER IS NOW IN

SUBJECTION WAS IMPOSED.

## MATERIAL ISSUES OF FACT
*****************

1). ON  APRIL 4,  , 2002, THE PETITIONER COMMITTED THE OFFENSE OF  DISTRIBUTION OF CRACK COCAINE                                                      ,
IN VIOLATION OF  TITLE 21 U.S.C. § 841 (a)(1)                      .

2). ON  JANUARY 17,  , 2003, THE PETITIONER WAS THUS SENTENCED TO A TERM OF IMPRISONMENT UNDER THE CUSTODY AND CONTROL OF THE FEDERAL BUREAU OF PRISONS FOR A TERM OF  151  MONTHS, TO INCLUDE A TERM OF SUPERVISED RELEASE OF  5  YEARS.

**WHEREFORE,** THE PETITIONER RESPECTFULLY REQUESTS THAT THIS HONORABLE U.S. DISTRICT COURT ENTER AN ORDER GRANTING THE PETITIONER THE FOLLOWING RELIEF: 1). THAT THE PETITIONER BE GRANTED THE TWO-LEVEL DECREASE IN HIS BASE OFFENSE LEVEL AS IS APPLICABLE UNDER U.S.S.G. 1B1.10 AND 2D1.1(c), 2). THAT THE PETITIONER BE GRANTED THE APPOINTMENT OF COUNSEL AS TO THESE PROCEEDINGS, 3). THAT THE PROPER AND NECESSARY WRIT BE FILED TO TRANSPORT THE PETITIONER TO COURT FOR THESE PROCEEDINGS, AND 4). THAT AS TO THESE PROCEEDINGS THAT THE PETITIONER BE ORDERED RE-SENTENCED UNDER THE CRITERIA OF **BOOKER, RITA** AND 18 U.S.C. 3553(a).

RESPECTFULLY SUBMITTED,

*/s/ James Carter*
PETITIONER PRO SE,
REG. NO: 01563-061
F.C.I. MANCHESTER
P.O. BOX 4000
MANCHESTER, KY. 40962-4000

## CERTIFICATE OF SERVICE
**************

I <u>JAMES CARTER           </u>, DO HEREBY CERTIFY THAT TRUE, ACCURATE AND CORRECT COPIES OF THE FOREGOING PETITION FOR THE RE- DUCTION OF SENTENCE IN PURSUANT TO TITLE 18 U.S.C. 3582(c)(2) HAS BEEN MAILED, TO INCLUDE ONE (1) ORIGINAL PLEADING AND TWO (2) COPIES, TO THE CLERK'S OFFICE OF THE U.S. DISTRICT COURT AT THE FOLLOWING ADDRESS: <u>U.S. DISTRICT COURTHOUSE POTTER STEWART U.S. COURTHOUSE 100 EAST FIFTH STREET SUITE 324 CINCINNATI,OH 45202</u>, BY PLACING THEM IN THE U.S. POSTAL MAIL, HERE AT THE FEDERAL CORRECTIONAL INSTITUTE, MANCHESTER ON THIS <u>14</u> DAY OF <u>FEBRUARY</u>, 2008.

RESPECTFULLY SUBMITTED,

*James Carter*
PETITIONER PRO SE,
REG. NO: 01563-061
F.C.I. MANCHESTER
P.O. BOX 4000
MANCHESTER, KY. 40962-4000

(5 of 5)