UNITED STATES DISTRICT COURT

OHIO SOUTHERN DISTRICT COURT

AT CINCINNATI

CRIMINAL CASE FILE NO: CR1-02-030-001

JAMES CARTER                                               PETITIONER
    (PETITIONER)

VS.        MEMORANDUM OF LAW IN SUPPORT OF PETITION FOR
           THE REDUCTION OF SENTENCE IN PURSUANT TO TITLE
               18 U.S.C. SECTION 3582(c)(2)
                    **************

UNITED STATES OF AMERICA                                   RESPONDENT


                    ***********


                ## CONCLUSION OF LAW
                    ***********


     THE PETITIONER RESPECTFULLY SUBMITS THIS CONCLUSION OF LAW

THAT THIS PETITION FOR THE REDUCTION OF SENTENCE IN PURSUANT TO

TITLE 18 U.S.C. 3582(c)(2) BE ADDRESSED BY THIS HONORABLE COURT

AND THAT AN ORDER BE ENTERED THAT THIS PETITION BE **HELD IN ABEY-**

**ANCE** UNTIL MARCH OF 2008, EFFECTIVE DATE FOR THE APPLICATION OF

EXPRESSED RETROACTIVITY AS TO U.S.S.G. 2D1.1(c), AS OUTLINED BY

THE US. SENTENCING COMMISSION.

     IN DECEMBER OF 2007, THE U.S. SENTENCING COMMISSION APPROVED

THE APPLICATION OF EXPRESSED RETROACTIVITY TO BE APPLIED TO THE

U.S.S.G., SECTION 2D1.1(c), EFFECTIVE MARCH OF 2008, IN WHICH AT

SUCH TIME THE PETITIONER RESPECTFULLY REQUESTS THAT THIS COURT

ENTER AN ORDER GRANTING THE PETITIONER THE TWO-LEVEL DECREASE TO

HIS BASE OFFENSE LEVEL AS WELL AS GRANT ANY AND ALL FURTHER AND

APPROPRIATE RELIEF THAT THE PETITIONER IS ENTITLED TO AS A SURE

MATTER OF LAW.

### REQUEST FOR LIBERAL INTERPRETATION OF PETITION FOR THE REDUCTION OF SENTENCE IN PURSUANT TO TITLE 18 U.S.C. 3582(c)(2)
************

THE PETITIONER RESPECTFULLY ASSERTS THAT HE IS COMPELLED TO FILE THIS PETITION FOR THE REDUCTION OF SENTENCE BEFORE THIS HONORABLE U.S. DISTRICT COURT, IN A PRO SE MANNER, SUO NOMINE, SUI JURIS, AND THAT HE IS AS A MATTER OF FUNDAMENTAL FEDERAL LAW THUS ENTITLED TO THE GENEROUS INTERPRETATION ADDRESSING . . ., AND ALL DUE AND JUST ARGUMENTS OF LAW IN WHICH HIS PLEADING SUGGESTS. IN SUPPORT OF THIS CONTENTION, IT IS OFFERED THAT THE HIGH AND JUST COURT'S OF OUR LAND EXPRESSLY HELD IN THIS MATTER OF HUGHES VS. ROE, 449 U.S. 5.9 (1980), THAT A PRISONER'S PRO SE COMPLAINT IS TO BE HELD TO "LESS STRINGENT STANDARDS THAN THAT OF FORMAL COMPLAINTS AND PLEADINGS FILED OR DRAFTED BY LAWYERS."

### ANALYSIS
******

A PETITION FOR THE REDUCTION OF SENTENCING IS THE CORRECT AND AUTHORIZED LEGAL REMEDY WHEN A DEFENDANT IS SERVING A TERM OF IMPRISONMENT AND THE GUIDELINE RANGE APPLICABLE TO THE DEFENDANT HAS SUBSEQUENTLY BEEN LOWERED AS A RESULT OF AN AMENDMENT TO THE GUIDELINES MANUAL AS IS LISTED IN SUBSECTION (c) OF U.S.S.G. 1B1.10(a).

THE PETITIONER ASSERTS THAT ON MAY 1, 2007, PURSUANT TO 28 U.S.C. SECTION 994(a)AND(p), THE UNITED STATES SENTENCING COMMISSION SUBMITTED TO CONGRESS AMENDMENTS TO THE FEDERAL SENTENCING GUIDELINES THAT BECAME EFFECTIVE NOVEMBER 1, 2007. AMENDMENT (9),

WHICH PERTAINS TO OFFENSES INVOLVING COCAINE BASE ("CRACK"), WAS
APPROVED TO LOWER. THE GUIDELINE SENTENCING RANGE FOR CERTAIN
CATEGORIES OF OFFENSES AND OFFENDERS, SEE 72 FR 28557 (MAY 21,
2007).

THE CRACK COCAINE AMENDMENT ADJUSTS DOWNWARD BY TWO-LEVELS THE
BASE OFFENSE LEVEL ASSIGNED TO EACH THRESHOLD QUANTITY OF CRACK-
COCAINE LISTED IN THE DRUG QUANTITY TABLE IN SECTION 2D1.1 (UN-
LAWFUL MANUFACTURING, IMPORTING, EXPORTING OF TRAFFICKING (INCLUD-
ING POSSESSION WITH INTENT TO COMMITT THESE OFFENSES); ATTEMPT OR
CONSPIRACY.

IN DECEMBER OF 2007, THE U.S. SENTENCING COMMISSION APPROVED
THE APPLICATION OF EXPRESSED RETROACTIVITY TO APPLY TO SECTION 2D
1.1(c) OF THE SENTENCING GUIDELINES, EFFECTIVE MARCH 2008. UNDER
THE STATUTORY AUTHORITY OF THE U.S. SENTENCING COMMISSION, THE
COMMISSION IS STATUTORILY AUTHORIZED TO DETERMINE WHETHER A GUIDE-
LINE AMENDMENT THAT REDUCES THE SENTENCING RANGE MAY BE RETRO-
ACTIVLY APPLIED. SECTION 994(u) OF TITLE 28 U.S.C. SPECIFICALLY
PROVIDES THAT:

> [I]F THE COMMISSION REDUCES A TERM OF
> IMPRISONMENT RECOMMENDED IN THE GUIDELINES
> APPLICABLE TO A PARTICULAR OFFENSE OR CAT-
> EGORY OF OFFENSES, IT SHALL SPECIFY IN WHAT
> AMOUNT THE SENTENCES OF PRISONERS SERVING
> TERMS OF IMPRISONMENT FOR THE OFFENSE MAY
> BE REDUCED.

SECTION 3582(c)(2) OF TITLE 18 U.S.C. PROVIDES THAT THE COURT
MAY NOT MODIFY A TERM OF IMPRISONMENT ONCE IT HAS BEEN IMPOSED EX-
CEPT THAT-

> IN THE CASE OF A DEFENDANT WHO HAS BEEN
> SENTENCED TO A TERM OF IMPRISONMENT BASED
> ON A SENTENCING RANGE THAT HAS BEEN SUBSE-
> QUENTLY LOWERED BY THE SENTENCING COMMISSION
> PURSUANT TO 28 U.S.C. 994(o), THE COURT
> MAY REDUCE THE TERM OF IMPRISONMENT, AFTER

CONSIDERING THE FACTORS SET FORTH IN
SECTION 3553(a) TO THE EXTENT THAT THEY
ARE APPLICABLE, IF SUCH A REDUCTION IS
CONSISTENT WITH APPLICABLE POLICY STATE-
MENTS ISSUED BY THE SENTENCING COMMISSION.

ON  JANUARY 17, 2003  , THE PETITIONER WAS SENTENCED TO

A TOTAL TERM OF  151  MOS. TO INCLUDE A TERM OF SUPERVISED RELEASE

OF  5  YEARS, FOR THE VIOLATION OF  TITLE  21  U.S.C.  841 (a)(1)  ,

_____.

AT THE TIME OF THE INITIAL SENTENCING, THE PETITIONER HAD A BASE

OFFENSE LEVEL OF  29 , WITH A CRIMINAL HISTORY CATEGORY OF  VI  ,

THUS SUBJECTING HIM TO A GUIDELINE RANGE OF  151  TO  188  MOS.

GIVEN THE RETROACTIVE APPLICATION OF THE NEW AMENDMENT GUIDELINES,

U.S.S.G. 2D1.1(c), EFFECTIVE MARCH 2008, THE PETITIONER IS ELIGIBLE

TO RECEIVE THE TWO-LEVEL DECREASE TO THIS BASE OFFENSE LEVEL WHICH

WILL CLEARLY CHANGE HIS GUIDELINE RANGE OF  151  TO  188 MOS., TO A

RANGE OF  130  TO  162  , IN WHICH THE PETITIONER RESPECTFULLY AND

EARNESTLY REQUESTS THAT THE JUDGE MAKE AN INDEPENDENT ASSESSMENT

UNDER 18 U.S.C. SECTION 3553(a) AND PURSUANT TO THE DISTRICT COURTS

DUTY UNDER BOOKER AND RITA, THAT THE PETITIONER BE SENTENCED AT THE

LOW-END OF THE SENTENCING GUIDELINE RANGE.

WHEREFORE, THE PETITIONER RESPECTFULLY REQUESTS THAT THIS HON-

ORABLE U.S. DISTRICT COURT ENTER AN ORDER GRANTING THE PETITIONER

THE FOLLOWING RELIEF: 1). THAT THE PETITIONER BE GRANTED THE TWO-

LEVEL DECREASE IN HIS BASE OFFENSE LEVEL AS IS APPLICABLE UNDER

U.S.S.G. 1B1.10(a) AND 2D1.1(c), 2). THAT THE PETITIONER BE GRANTED

THE APPOINTMENT OF COUNSEL AS TO THESE PROCEEDINGS, 3). THAT THE

PROPER AND NECESSARY WRIT BE FILED TO TRANSPORT THE PETITIONER TO

COURT FOR THESE PROCEEDINGS, 4). THAT THIS PETITION BE GRANTED AND

THAT THE PETITIONER BE RE-SENTENCED UNDER THE CRITERIA OF BOOKER,

**RITA** AND 18 U.S.C. 3553(a).  IT IS FURTHER BEING RESPECTFULLY

REQUESTED THAT THIS PETITION FOR THE REDUCTION OF SENTENCING BE

ORDERED TO BE **HELD IN ABEYANCE UNTIL THE EFFECTIVE DATE OF THE**

**RETROACTIVITY OF THE AMENDMENT.**

RESPECTFULLY SUBMITTED,

PETITIONER PRO SE,
REG. NO:  01563-061
F.C.I. MANCHESTER
P.O. BOX 4000
MANCHESTER, KY. 40962-4000

## CERTIFICATE OF SERVICE
**\*\*\*\*\*\*\*\*\*\*\*\***

I JAMES CARTER_____, DO HEREBY CERTIFY THAT TRUE,

ACCURATE AND CORRECT COPIES OF THE FOREGOING PETITION FOR THE RE-

DUCTION OF SENTENCING IN PURSUANT TO 18 U.S.C. 3582(c)(2) HAS

BEEN MAILED, TO INCLUDE ONE (1) ORIGINAL PLEADING AND TWO (2)

COPIES, TO THE CLERK'S OFFICE OF THE U.S. DISTRICT COURT AT THE

FOLLOWING ADDRESS: U.S. DISTRICT COURTHOUSE POTTER STEWART U.S.

COURTHOUSE 100 EAST FIFTH STREET SUITE 324 CINCINNATI, OH 45202

BY PLACING THEM IN THE U.S. POSTAL MAIL, HERE AT THE FEDERAL

CORRECTIONAL INSTITUTE, MANCHESTER ON THIS 14 DAY OF FEBRUARY ,

2008.


RESPECTFULLY SUBMITTED,


James Carter
PETITIONER PRO SE,
REG. NO: 01563-061
F.C.I. MANCHESTER
P.O. BOX 4000
MANCHESTER, KY. 40962-4000