IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff

v                                         Criminal Action: CR-1-02-30

JAMES CARTER,

        Defendant

## **ORDER**

The above styled case is before the Court on Defendant's Motion for Reduction of Sentence (#51).

The Court upon review of the record hereby APPOINTS the Federal Public Defender to represent James Carter in the above styled case.

IT IS SO ORDERED.

                                                    S/Herman J. Weber
                                                    _____
                                                    Herman J. Weber, Senior Judge
                                                    United States District Court