UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR-1-02-030-1 |
| | : | |
| | : | |
| v. | : | **NOTICE OF APPEARANCE** |
| | : | |
| | : | |
| JAMES CARTER | : | J. Weber |

- - - - - - - - - - - - - - - - - - - -

William E. Hunt, First Assistant United States Attorney,

Southern District of Ohio, hereby gives notice to the Court that

he is entering an appearance as co-counsel for the United States

in the above captioned case.

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney

s/William E. Hunt
WILLIAM E. HUNT (0024951)
First Assistant U.S. Attorney
221 East Fourth Street
Suite 400
Cincinnati, Ohio  45202
(513) 684-3711
Fax:  (513) 684-6710
William.Hunt@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed with the

Court's CM/ECF System this 2nd day of June, 2008, which provides

electronic notice to all parties.

s/William E. Hunt
WILLIAM E. HUNT (0024951)
First Assistant U.S. Attorney